### SUN SUITES HOLDINGS, LLC. v. BOARD OF ALDERMEN OF TOWN OF GARNER

No. 394P00

Case below: 139 N.C. App. 269

Petition by respondent for writ of supersedeas denied 20 December 2000. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Temporary stay dissolved 20 December 2000.

### WADE v. N.C. REAL ESTATE COMM'N

No. 496P00

Case below: 140 N.C. App. 152

Petition by respondent (North Carolina Real Estate Commission) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Petition by respondent (North Carolina Real Estate Commission) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

### WELCH v. LEE

No. 434P00

Case below: 139 N.C. App. 636

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.


## PETITION TO REHEAR

### NORTHFIELD DEV. CO. V. CITY OF BURLINGTON

No. 63A00

Case below: 352 N.C. 671

Petition by defendant to rehear pursuant to Rule 31 denied 20 December 2000.